IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WINDSTREAM, Corporation, WINDSTREAM NEBRASKA, Inc., WINDSTREAM SYSTEMS OF THE MIDWEST, INC., and WINDSTREAM BENEFITS COMMITTEE,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNICATIONS WORKERS OF AMERICAN UNION LOCAL NO. 7470, ROBERT BERGGREN, Individually and as a Representative of Persons Similarly Situated, LAURIE BAXTER, NEIL BRAUCH, LARRY CHUBB, VIRGINIA DANCZAK, KENNETH DARBY, ROY EDMONDS, DIANE GIEBELHAUS, KENNETH GRAHAM, BONNIE HATRA, HOWARD HIGHT, JUDY HIGHT, LONNIE HUSING, EDWARD JUNGCK, ERVIN MATHER, ROBERT SWAILS, MARY WADE, and DALE WEAVER,<br><br>Defendants. | ) | 4:08CV3173<br><br>ORDER ON AGREED MOTION TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO MOTIONS TO DISMISS |

IT IS ORDERED that the Agreed Motion to Extend Plaintiffs' Deadline to Respond to Motions to Dismiss, filing 162, is granted and the following deadlines are set accordingly;

1. the plaintiffs' deadline to respond to (I) Defendant Union's Motion to Dismiss, and (ii) any motion to dismiss filed by the individual defendants on or before November 28, 2008, is extended to thirty (30) days after the filing and service of any such motion to dismiss filed by the individual defendants. In the event the individual defendants do not file a motion to dismiss, the plaintiffs will have thirty (30) days from November 28, 2008, to file their response to the Defendant Union's Motion to Dismiss; and

2. the defendants' deadlines to reply to the plaintiffs' responses will be determined by the applicable Local Rules; provided, however, that if plaintiffs' responses are filed on or after December 16, 2008, the defendants will have thirty (30) days to

file their replies from the date such responses are filed and served.

Dated November 12, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge