IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WINDSTREAM CORPORATION, <br> WINDSTREAM NEBRASKA, INC., <br> WINDSTREAM SYSTEMS OF THE <br> MIDWEST, INC., and <br> WINDSTREAM BENEFITS COMMITTEE, <br> <br> Plaintiffs, <br> -v- <br> <br> COMMUNICATIONS WORKERS <br> OF AMERICA UNION LOCAL NO. 7470 <br> and LAURIE BAXTER, <br> ROBERT BERGGREN, NEIL BRAUCH, <br> LARRY CHUBB, VIRGINIA DANCZAK, <br> KENNETH DARBY, ROY EDMONDS, <br> DIANE GIEBELHAUS, <br> KENNETH GRAHAM, BONNIE HATRA, <br> HOWARD HIGHT, JUDY HIGHT, <br> LONNIE HUSING, EDWARD JUNGCK, <br> ERVIN MATHER, ROBERT SWAILS, <br> MARY WADE, and DALE WEAVER, <br> Individually and as Representatives <br> of Persons Similarly Situated, <br> <br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 4:08-cv-3173 <br> <br> <br> <br> <br> ORDER OF DISMISSAL |

**ORDER OF DISMISSAL OF DEFENDANT COMMUNICATIONS WORKERS OF AMERICA UNION LOCAL NO. 7470 WITHOUT PREJUDICE**

On December 3, 2008, the Court considered Plaintiffs' Notice of Agreed Dismissal of Defendant Communications Workers of America Union Local No. 7470 Without Prejudice. Pursuant to the Federal Rules of Civil Procedure, Plaintiffs' causes of action pled in this case against Defendant Communications Workers of America Union Local No. 7470 are dismissed, without prejudice to the filing or refiling of same.

- 2 -

IT IS SO ORDERED.

SIGNED this 3rd day of December, 2008.

                                     s/ WARREN K. URBOM
                                     United States Senior District Judge