IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WINDSTREAM CORPORATION,       )
et al.,                       )
                              )
            Plaintiffs,       )
                              )
        v.                    )
                              )
COMMUNICATIONS WORKERS OF     )        4:08CV3173
AMERICA UNION LOCAL NO. 7470, )
et al.,                       )            ORDER
                              )
            Defendants.       )
_____)

IT IS ORDERED:

The stipulation of the parties, filing no. 213, regarding

depositions is approved.


DATED this 2nd day of June, 2009.


                         BY THE COURT:

                         s/ *David L. Piester*
                         David L. Piester
                         United States Magistrate Judge