IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WINDSTREAM, Corporation, <br> WINDSTREAM NEBRASKA, Inc., <br> WINDSTREAM SYSTEMS OF THE <br> MIDWEST, INC., and WINDSTREAM <br> BENEFITS COMMITTEE, <br><br>         Plaintiffs, <br><br> v. <br><br> ROBERT BERGGREN, Individually and as a Representative of Persons Similarly Situated, LAURIE BAXTER, NEIL BRAUCH, LARRY CHUBB, VIRGINIA DANCZAK, KENNETH DARBY, ROY EDMONDS, DIANE GIEBELHAUS, KENNETH GRAHAM, BONNIE HATRA, HOWARD HIGHT, JUDY HIGHT, LONNIE HUSING, EDWARD JUNGCK, ERVIN MATHER, ROBERT SWAILS, MARY WADE, and DALE WEAVER, <br><br>         Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 4:08CV3173 <br><br><br><br> ORDER APPROVING AGREED STIPULATION TO EXTEND SUMMARY JUDGMENT RESPONSE AND REPLY DEADLINES |

      Counsel have agreed due to pre-existing travel schedules to request extensions in the deadlines for their responses and replies to the pending motions for summary judgment.   The proposed deadlines do not adversely jeopardize the scheduled trial and, therefore,

      IT IS ORDERED that:

1.    the Agreed Stipulation to Extend Summary Judgment Response and Reply Deadlines, filing 225, is approved;

2.    responses to the pending motions for summary judgment shall be filed and served on or before July 24, 2009; and

3.　　any reply briefs shall be filed and served on or before July 31, 2009.

Dated July 8, 2009.

           BY THE COURT

           s/ Warren K. Urbom
           United States Senior District Judge