IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WINDSTREAM, Corporation,<br>WINDSTREAM NEBRASKA, Inc.,<br>WINDSTREAM SYSTEMS OF THE MIDWEST, INC., and<br>WINDSTREAM BENEFITS COMMITTEE, | )<br>)<br>)<br>)<br>)<br>) | |
| | ) | 4:08CV3173 |
| Plaintiffs, | )<br>) | |
| | ) | ORDER |
| V. | )<br>) | |
| ROBERT BERGGREN, Individually and as a Representative of Persons Similarly Situated, LAURIE BAXTER, NEIL BRAUCH, LARRY CHUBB, VIRGINIA DANCZAK, KENNETH DARBY, ROY EDMONDS, DIANE GIEBELHAUS, KENNETH GRAHAM, BONNIE HATRA, HOWARD HIGHT, JUDY HIGHT, LONNIE HUSING, EDWARD JUNGCK, ERVIN MATHER, ROBERT SWAILS, MARY WADE, and DALE WEAVER, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

IT IS ORDERED that the parties' joint motion to continue, (filing no. 228), is granted, and the deposition deadline is extended to August 5, 2009.

DATED this 21st day of July, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge, in the absence of
Magistrate Judge David L. Piester