IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WINDSTREAM, Corporation, et. al., | ) | |
| | ) | |
| | ) | 4:08CV3173 |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | |
| | ) | ORDER |
| ROBERT BERGGREN, Individually and as a Representative of Persons Similarly Situated, et. al., | ) ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that the parties' joint motion seeking to extend the discovery deadline for the sole purpose of rescheduling the deposition of Joan Dorais, (filing no. 236), is granted, and as to only the Dorias deposition, the discovery deadline is extended to September 7, 2009.

Dated this 31st Day of July, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge