IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WINDSTREAM, Corporation, | ) | |
| WINDSTREAM NEBRASKA, Inc., | ) | |
| WINDSTREAM SYSTEMS OF THE | ) | |
| MIDWEST, INC., and WINDSTREAM | ) | |
| BENEFITS COMMITTEE, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:08CV3173 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT BERGGREN, Individually and as | ) | JUDGMENT |
| a Representative of Persons Similarly | ) | |
| Situated, LAURIE BAXTER, NEIL | ) | |
| BRAUCH, LARRY CHUBB, VIRGINIA | ) | |
| DANCZAK, KENNETH DARBY, ROY | ) | |
| EDMONDS, DIANE GIEBELHAUS, | ) | |
| KENNETH GRAHAM, BONNIE HATRA, | ) | |
| HOWARD HIGHT, JUDY HIGHT, | ) | |
| LONNIE HUSING, EDWARD JUNGCK, | ) | |
| ERVIN MATHER, ROBERT SWAILS, | ) | |
| MARY WADE, and DALE WEAVER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

In accordance with the Memorandum and Order on Cross Motions for Summary
Judgment:

**IT IS ORDERED** that judgment is entered against the defendants and in favor of the
plaintiffs, and the amendments to the benefits plans that were to become effective on December

1

31, 2008, and January 1, 2009, are indeed effective, enforceable, and within the plaintiffs' right to make.

Dated August 26, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge

2